**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ELHAJJAMI, MOHAMMED                                   Case No. 11-32875
_____,            Chapter   7
                    Debtor

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 11, 2011.  The undersigned trustee was appointed on September 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         184,703.66

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 55,998.55 |
| Bank service fees | 148.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 128,556.81 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/13/2013 and the deadline for filing governmental claims was 05/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,077.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,077.52, for a total compensation of $10,077.52.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $27.84, for total expenses of $27.84.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/21/2014          By: /s/DEBORAH K. EBNER, Trustee
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32875  
**Case Name:** ELHAJJAMI, MOHAMMED  

**Period Ending:** 10/21/14

**Trustee:** (330480)  DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 08/11/11 (f)  
**§341(a) Meeting Date:** 09/13/11  
**Claims Bar Date:** 02/13/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7428 W. 153rd St., Unit 3, Orland Park, IL 60462 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash - Located in Debtor's possession | 25.00 | 0.00 | | 0.00 | FA |
| 3 | TCF Bank Checking Account; | 592.00 | 0.00 | | 0.00 | FA |
| 4 | Various used household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used books and family photos. | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Used clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7 | 2010 Volkswagen Passat in good condition with ap | 22,000.00 | 0.00 | | 0.00 | FA |
| 8 | Law suit Ettleson- Cadillac-Buick (u) | Unknown | Unknown | | 22,000.00 | FA |
| 9 | Law suit Rizza GMC (u) | Unknown | Unknown | | 162,703.66 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$149,442.00** | **$0.00** | | **$184,703.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

Major asset of this estate is a cause of action for retialiatory discharge. Trustee's counsel is presenting a Motion to Compromise which Motion shall be heard on July 16, 2014 after which this case shall proceed to closing.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    December 31, 2018

Printed: 10/21/2014 11:44 PM    V.13.18

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-32875  
**Case Name:** ELHAJJAMI, MOHAMMED  

**Taxpayer ID #:** **-***4915  
**Period Ending:** 10/21/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/14 | {8} | Ettleson Cadillac-Buick, Inc. | Settlement | 1249-000 | 22,000.00 | | 22,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 21,978.91 |
| 05/06/14 | 101 | Kevin Vodak | Per Order - Docket #47 | 3210-000 | | 5,000.00 | 16,978.91 |
| 05/06/14 | 102 | Kevin Vodak | Per Order -Docket #47 | 3220-000 | | 38.55 | 16,940.36 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 16,908.75 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.51 | 16,878.24 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.67 | 16,843.57 |
| 08/28/14 | {9} | GMC Rizza | Settlement | 1249-000 | 35,678.66 | | 52,522.23 |
| 08/28/14 | {9} | Rizza GMC | Settlement | 1249-000 | 127,025.00 | | 179,547.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.42 | 179,516.81 |
| 09/09/14 | 103 | US Department of Treasury | VOID<br>Voided on 09/15/14 | 2690-000 | | 25,000.00 | 154,516.81 |
| 09/09/14 | 104 | Illinois Department of Revenue | VOID<br>Voided on 09/15/14 | 2690-000 | | 5,994.00 | 148,522.81 |
| 09/09/14 | 105 | Kevin Vodak | VOID<br>Voided on 09/15/14 | 3210-000 | | 22,000.00 | 126,522.81 |
| 09/09/14 | 106 | Kevin Vodak | VOID<br>Voided on 09/15/14 | 3220-000 | | 75.00 | 126,447.81 |
| 09/15/14 | 103 | US Department of Treasury | VOID<br>Voided: check issued on 09/09/14 | 2690-000 | | -25,000.00 | 151,447.81 |
| 09/15/14 | 104 | Illinois Department of Revenue | VOID<br>Voided: check issued on 09/09/14 | 2690-000 | | -5,994.00 | 157,441.81 |
| 09/15/14 | 105 | Kevin Vodak | VOID<br>Voided: check issued on 09/09/14 | 3210-000 | | -22,000.00 | 179,441.81 |
| 09/15/14 | 106 | Kevin Vodak | VOID<br>Voided: check issued on 09/09/14 | 3220-000 | | -75.00 | 179,516.81 |
| 09/15/14 | 107 | US Department of Treasury | Tax payment | 2690-000 | | 19,024.00 | 160,492.81 |
| 09/15/14 | 108 | Illinois Department of Revenue | Tax payment | 2690-000 | | 4,911.00 | 155,581.81 |
| 09/30/14 | 109 | Kevin Vodak | Per Order | 3220-000 | | 25.00 | 155,556.81 |
| 09/30/14 | 110 | Kevin Vodak | Fees per order | 3210-000 | | 27,000.00 | 128,556.81 |
| | | | **ACCOUNT TOTALS** | | 184,703.66 | 56,146.85 | **$128,556.81** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 184,703.66 | 56,146.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$184,703.66** | **$56,146.85** | |

{} Asset reference(s)

Printed: 10/21/2014 11:44 PM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-32875 | | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ELHAJJAMI, MOHAMMED | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3066 - Checking Account |
| **Taxpayer ID #:** | **-***4915 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/21/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- | --- | --- |
| | | TOTAL - ALL ACCOUNTS | | | | |
| | | **Checking # ******3066** | | 184,703.66 | 56,146.85 | 128,556.81 |
| | | | | $184,703.66 | $56,146.85 | $128,556.81 |

Printed: 10/21/14 11:48 PM

# Claims Distribution Register

Page: 1

### Case: 11-32875    ELHAJJAMI, MOHAMMED

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 08/11/11 | 100 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 100 | Specialized Loan Servicing<br>Attn: Bankruptcy<br>Po Box 636005<br>Littleton, CO 80163<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 100 | Volkswagon Credit Inc National<br>Bankruptcy Services<br>9441 LBJ Freeway, Ste. 250<br>Dallas, TX 75243<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:    0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/11/11 | 200 | Illinois Department of Revenue<br><2690-00   Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid)> | 4,911.00 | 4,911.00 | 4,911.00 | 0.00 | 0.00 |
| | 08/11/11 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2200-00   Trustee Expenses> | 27.84 | 27.84 | 0.00 | 27.84 | 27.84 |
| | 08/11/11 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 136550.49] | 10,077.52 | 10,077.52 | 0.00 | 10,077.52 | 10,077.52 |
| | 08/11/11 | 200 | Popowcer Katten<br>Lois West<br>35 East Wacker Drive Suite 1550<br>Chicago, IL 60601<br><3410-00   Accountant for Trustee Fees (Other Firm)> | 2,205.00 | 2,205.00 | 0.00 | 2,205.00 | 2,205.00 |
| | 08/11/11 | 200 | Kevin Vodak<br>Council for American -Islamic Relations<br>17 N State Street #1500<br>Chicago, IL 60602<br><3210-00   Attorney for Trustee Fees (Other Firm)><br>Per Orders | 32,000.00 | 32,000.00 | 32,000.00 | 0.00 | 0.00 |

Printed: 10/21/14 11:48 PM  **Claims Distribution Register**  Page: 2

### Case: 11-32875  ELHAJJAMI, MOHAMMED

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 08/11/11 | 200 | Kevin Vodak<br>Council for American-Islamic Relations<br><3220-00  Attorney for Trustee Expenses (Other Firm)><br>Per 3/5/14 Order and 9/30/14 Order | 63.55 | 63.55 | 63.55 | 0.00 | 0.00 |
| | 08/11/11 | 200 | David R. Brown<br>Spring Brown, LLC<br><3210-00  Attorney for Trustee Fees (Other Firm)> | 5,326.50 | 5,326.50 | 0.00 | 5,326.50 | 5,326.50 |
| | 08/11/11 | 200 | US Department of Treasury<br><2690-00  Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid)> | 19,024.00 | 19,024.00 | 19,024.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$73,635.41** | **$73,635.41** | **$55,998.55** | **$17,636.86** | **$17,636.86** |
| | | | **Total for Admin Ch. 7 Claims:** | **$73,635.41** | **$73,635.41** | **$55,998.55** | **$17,636.86** | **$17,636.86** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1I | 11/16/12 | 640 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 13.58 | 13.58 | 0.00 | 13.58 | 13.58 |
| 2I | 11/20/12 | 640 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130-0954<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 100.86 | 100.86 | 0.00 | 100.86 | 100.86 |
| 3I | 11/30/12 | 640 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 63.19 | 63.19 | 0.00 | 63.19 | 63.19 |
| 4I | 11/30/12 | 640 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 35.01 | 35.01 | 0.00 | 35.01 | 35.01 |
| 5I | 01/15/13 | 640 | PYOD,LLC its successors & assigns as assignee of B-Line LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 106.86 | 106.86 | 0.00 | 106.86 | 106.86 |
| | | | **Total for Priority 640:    100% Paid** | **$319.50** | **$319.50** | **$0.00** | **$319.50** | **$319.50** |
| SURPLUS | 08/11/11 | 650 | ELHAJJAMI, MOHAMMED<br>7428 W. 153RD ST., # 3<br>ORLAND PARK, IL 60462<br><8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 48,145.50 | 48,145.50 | 0.00 | 48,145.50 | 48,145.50 |

**Priority 650:    100% Paid**

Printed: 10/21/14 11:48 PM      **Claims Distribution Register**     Page: 3

**Case: 11-32875    ELHAJJAMI, MOHAMMED**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/16/12 | 810 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 2,654.54 | 2,654.54 | 0.00 | 2,654.54 | 2,654.54 |
| 2 | 11/20/12 | 810 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130-0954<br><7100-00   General Unsecured § 726(a)(2)> | 19,715.69 | 19,715.69 | 0.00 | 19,715.69 | 19,715.69 |
| 3 | 11/30/12 | 810 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-00   General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Account: 4888-9302-8424-3570 | 12,351.69 | 12,351.69 | 0.00 | 12,351.69 | 12,351.69 |
| 4 | 11/30/12 | 810 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-00   General Unsecured § 726(a)(2)> | 6,844.21 | 6,844.21 | 0.00 | 6,844.21 | 6,844.21 |
| 5 | 01/15/13 | 810 | PYOD,LLC its successors & assigns as assignee of B-Line LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 20,888.82 | 20,888.82 | 0.00 | 20,888.82 | 20,888.82 |
| NOTFILED | 08/11/11 | 810 | Cach Llc<br>4340 S. Monaco St., 2nd Floor<br>Denver, CO 80237<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 810 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 810 | Citibank Na<br>Attn.:  Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 810 | Hsbc Bank Customer Center<br>PO Box 80082<br>Salinas, CA 93912-0082<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 10/21/14 11:48 PM

## Claims Distribution Register

Page: 4

### Case: 11-32875   ELHAJJAMI, MOHAMMED

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 08/11/11 | 810 | McKey & Poague R.E. Services, Inc.<br>1348 E. 55th St.<br>Chicago, IL 60615<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/11/11 | 810 | Southwest Credit System<br>4120 International Pkwy., Ste. 1100<br>Carrollton, TX 75007<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   100% Paid** | **$62,454.95** | **$62,454.95** | **$0.00** | **$62,454.95** | **$62,454.95** |
| | | | **Total for Unsecured Claims:** | **$110,919.95** | **$110,919.95** | **$0.00** | **$110,919.95** | **$110,919.95** |
| | | | **Total for Case :** | **$184,555.36** | **$184,555.36** | **$55,998.55** | **$128,556.81** | **$128,556.81** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-32875
Case Name: ELHAJJAMI, MOHAMMED
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 128,556.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 128,556.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 10,077.52 | 0.00 | 10,077.52 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 27.84 | 0.00 | 27.84 |
| Attorney for Trustee, Fees - David R. Brown | 5,326.50 | 0.00 | 5,326.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 2,205.00 | 0.00 | 2,205.00 |

Total to be paid for chapter 7 administration expenses: $ 17,636.86
Remaining balance: $ 110,919.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 110,919.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 110,919.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,454.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,654.54 | 0.00 | 2,654.54 |
| 2 | Discover Personal Loan | 19,715.69 | 0.00 | 19,715.69 |
| 3 | FIA CARD SERVICES, N.A. | 12,351.69 | 0.00 | 12,351.69 |
| 4 | FIA CARD SERVICES, N.A. | 6,844.21 | 0.00 | 6,844.21 |
| 5 | PYOD,LLC its successors & assigns as assignee of B-Line LLC | 20,888.82 | 0.00 | 20,888.82 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 62,454.95 |
| | Remaining balance: | $ | 48,465.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 48,465.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: $ | 0.00 |
| | Remaining balance: $ | 48,465.00 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $319.50. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $48,145.50.

**UST Form 101-7-TFR (05/1/2011)**