**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ELHAJJAMI, MOHAMMED § Case No. 11-32875
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/16/2014 in Courtroom 613, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/04/2014   By:  /s/DEBORAH K. EBNER
                                       Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ELHAJJAMI, MOHAMMED     § Case No. 11-32875
                               §
                               §
Debtor(s)                      §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $     184,703.66

*and approved disbursements of*               $      56,146.85

*leaving a balance on hand of* [1]            $     128,556.81

**Balance on hand:**                          $     128,556.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $   128,556.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 10,077.52 | 0.00 | 10,077.52 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 27.84 | 0.00 | 27.84 |
| Attorney for Trustee, Fees - David R. Brown | 5,326.50 | 0.00 | 5,326.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 2,205.00 | 0.00 | 2,205.00 |

Total to be paid for chapter 7 administration expenses:   $     17,636.86
Remaining balance:                                         $    110,919.95

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 110,919.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 110,919.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,454.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,654.54 | 0.00 | 2,654.54 |
| 2 | Discover Personal Loan | 19,715.69 | 0.00 | 19,715.69 |
| 3 | FIA CARD SERVICES, N.A. | 12,351.69 | 0.00 | 12,351.69 |
| 4 | FIA CARD SERVICES, N.A. | 6,844.21 | 0.00 | 6,844.21 |
| 5 | PYOD,LLC its successors & assigns as assignee of B-Line LLC | 20,888.82 | 0.00 | 20,888.82 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 62,454.95 |
| Remaining balance: | $ | 48,465.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 48,465.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 48,465.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $319.50.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 48,145.50.

**UST Form 101-7-NFR (10/1/2010)**

                                              **Prepared By:** /s/DEBORAH K. EBNER, Trustee
                                                                                      Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-32875-TAB
Mohammed Elhajjami                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Nov 04, 2014
                              Form ID: pdf006          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db              +Mohammed Elhajjami,   7428 W. 153rd St., # 3,   Orland Park, IL 60462-6660
17658322        +Bank of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
17658329       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Na,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
17658325         Capital One,   PO Box 30273,   Salt Lake City, UT 84130-0273
17658326        +Capital One Na,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
17658327         Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17658328        +Citi,   PO Box 92350,   Albuquerque, NM 87199-2350
19756103         FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
17658334         FIA Card Services,   c/o Harris,   PO Box 15026,   Wilmington, DE 19850-5026
17658335        +HSBC,   Po Box 5253,   Carol Stream, IL 60197-5253
17658336         Hsbc Bank,   Customer Center,   PO Box 80082,   Salinas, CA 93912-0082
17658337        +McKey & Poague R.E. Services, Inc.,   1348 E. 55th St.,   Chicago, IL 60615-5390
17658338        +Nationstar Mortgage Ll,   Attn: Bankruptcy,   350 Highland Dr,   Lewisville, TX 75067-4177
22097681        +Sonia Balderas,   6126 S. Normandy,   Chicago, IL 60638-4122
17658340        +Specialized Loan Servicing,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17658324        +E-mail/Text: ebn@squaretwofinancial.com Nov 05 2014 02:06:34    Cach Llc,
                 4340 S. Monaco St., 2nd Floor,   Denver, CO 80237-3485
17658330         E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2014 02:39:11    Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
17658331         E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2014 02:39:11    Discover Financial,
                 PO Box 30943,   Salt Lake City, UT 84130
17658332         E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2014 02:39:11    Discover Financial,
                 Po Box 8003,   Hilliard, OH 43026
19699912         E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2014 02:39:11    Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17658333         E-mail/Text: dplbk@discover.com Nov 05 2014 02:06:31    Discover Personal Loan,   Po Box 30954,
                 Salt Lake City, UT 84130-0954
22097680        +E-mail/Text: cio.bncmail@irs.gov Nov 05 2014 02:04:43    IRS Priority Debt,   Bankruptcy Dept.,
                 P O BOX 7346,   Phildalphia, PA 19101-7346
19917716        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2014 02:21:23
                 PYOD LLC its successors and assigns,   c/o Resurgent Capital Services,   PO Box 19008,
                 Greenville, SC 29602-9008
19917168        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2014 02:14:17
                 PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
17658339        +E-mail/Text: bankruptcy@sw-credit.com Nov 05 2014 02:05:35    Southwest Credit System,
                 4120 International Pkwy., Ste. 1100,   Carrollton, TX 75007-1958
17658341        +E-mail/Text: vci.bkcy@vwcredit.com Nov 05 2014 02:05:43    Volkswagon Credit Inc,
                 National Bankruptcy Services,   9441 LBJ Freeway, Ste. 250,   Dallas, TX 75243-4640
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17658321       ##Bank Of America,   PO Box 15026,   Wilmington, DE 19850-5026
17658323       ##+Bank of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: ccabrales              Page 2 of 2                   Date Rcvd: Nov 04, 2014
                                Form ID: pdf006              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2014 at the address(es) listed below:
              David  Brown, ESQ    on behalf of Trustee Deborah   Kanner Ebner dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Deborah  Kanner Ebner    on behalf of Attorney    Springer, Brown, Covey, Gaertner & Davis, LLC
               dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Accountant    Popowcer Katten LTD dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner     dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Elizabeth A. Bates    on behalf of Trustee Deborah   Kanner Ebner ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Gerald  Bauer, Jr    on behalf of Debtor Mohammed   Elhajjami glb@gbauerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Deborah   Kanner Ebner tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                                 TOTAL: 8
```