**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ELHAJJAMI, MOHAMMED                                Case No. 11-32875-TAB
_____,          Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $149,442.00            Assets Exempt: $2,417.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $62,774.45      Claims Discharged
                                                 Without Payment: $15,325.00

Total Expenses of Administration: $73,755.87

---

   3) Total gross receipts of $   184,703.66   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   48,173.34 (see **Exhibit 2**), yielded net receipts of $136,530.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $174,458.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 73,783.71 | 73,783.71 | 73,755.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 77,777.00 | 62,774.45 | 62,774.45 | 62,774.45 |
| **TOTAL DISBURSEMENTS** | $252,235.00 | $136,558.16 | $136,558.16 | $136,530.32 |

4) This case was originally filed under Chapter 7 on August 11, 2011. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015          By: /s/DEBORAH K. EBNER, Trustee
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Law suit Ettleson- Cadillac-Buick | 1249-000 | 22,000.00 |
| Law suit Rizza GMC | 1249-000 | 162,703.66 |
| **TOTAL GROSS RECEIPTS** | | **$184,703.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELHAJJAMI, MOHAMMED | Dividend paid 100.00% on $48,145.50; Claim# SURPLUS; Filed: $48,145.50; Reference: | 8200-002 | 48,145.50 |
| ELHAJJAMI, MOHAMMED | | 8200-002 | 27.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$48,173.34** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationstar Mortgage Ll | 4110-000 | 117,623.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servicing | 4110-000 | 30,516.00 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc National Bankruptcy Services | 4110-000 | 26,319.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$174,458.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 10,077.52 | 10,077.52 | 10,077.52 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 27.84 | 27.84 | 0.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 4,911.00 | 4,911.00 | 4,911.00 |
| Kevin Vodak | 3210-000 | N/A | 32,000.00 | 32,000.00 | 32,000.00 |
| Kevin Vodak | 3220-000 | N/A | 63.55 | 63.55 | 63.55 |
| Popowcer Katten | 3410-000 | N/A | 2,205.00 | 2,205.00 | 2,205.00 |
| David R. Brown | 3210-000 | N/A | 5,326.50 | 5,326.50 | 5,326.50 |
| US Department of Treasury | 2690-000 | N/A | 19,024.00 | 19,024.00 | 19,024.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.09 | 21.09 | 21.09 |
| Rabobank, N.A. | 2600-000 | N/A | 31.61 | 31.61 | 31.61 |
| Rabobank, N.A. | 2600-000 | N/A | 30.51 | 30.51 | 30.51 |
| Rabobank, N.A. | 2600-000 | N/A | 34.67 | 34.67 | 34.67 |
| Rabobank, N.A. | 2600-000 | N/A | 30.42 | 30.42 | 30.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $73,783.71 | $73,783.71 | $73,755.87 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,654.00 | 2,654.54 | 2,654.54 | 2,654.54 |
| 1I | Discover Bank | 7990-000 | N/A | 13.58 | 13.58 | 13.58 |
| 2 | Discover Personal Loan | 7100-000 | 19,715.00 | 19,715.69 | 19,715.69 | 19,715.69 |
| 2I | Discover Personal Loan | 7990-000 | N/A | 100.86 | 100.86 | 100.86 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 12,351.00 | 12,351.69 | 12,351.69 | 12,351.69 |
| 3I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 63.19 | 63.19 | 63.19 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 6,844.00 | 6,844.21 | 6,844.21 | 6,844.21 |
| 4I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 35.01 | 35.01 | 35.01 |
| 5 | PYOD,LLC its successors & assigns as assignee of | 7100-000 | 20,888.00 | 20,888.82 | 20,888.82 | 20,888.82 |
| 5I | PYOD,LLC its successors & assigns as assignee of | 7990-000 | N/A | 106.86 | 106.86 | 106.86 |
| NOTFILED | Southwest Credit System | 7100-000 | 153.00 | N/A | N/A | 0.00 |
| NOTFILED | McKey & Poague R.E. Services, Inc. | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank Customer Center | 7100-000 | 496.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 3,481.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,805.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$77,777.00** | **$62,774.45** | **$62,774.45** | **$62,774.45** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32875-TAB  **Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** ELHAJJAMI, MOHAMMED  **Filed (f) or Converted (c):** 08/11/11 (f)
**§341(a) Meeting Date:** 09/13/11
**Period Ending:** 05/06/15  **Claims Bar Date:** 02/13/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7428 W. 153rd St., Unit 3, Orland Park, IL 60462 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash - Located in Debtor's possession | 25.00 | 0.00 | | 0.00 | FA |
| 3 | TCF Bank Checking Account; | 592.00 | 0.00 | | 0.00 | FA |
| 4 | Various used household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used books and family photos. | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Used clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7 | 2010 Volkswagen Passat in good condition with ap | 22,000.00 | 0.00 | | 0.00 | FA |
| 8 | Law suit Ettleson- Cadillac-Buick  (u) | Unknown | Unknown | | 22,000.00 | FA |
| 9 | Law suit Rizza GMC  (u) | Unknown | Unknown | | 162,703.66 | FA |
| 9 | **Assets  Totals** (Excluding unknown values) | **$149,442.00** | **$0.00** | | **$184,703.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

Major asset of this estate is a cause of action for retailiatory discharge. Trustee's counsel is presenting a Motion to Compromise which Motion shall be heard on July 16, 2014 after which this case shall proceed to closing.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018    **Current Projected Date Of Final Report (TFR):**    November 3, 2014  (Actual)

Printed: 05/06/2015 11:29 PM    V.13.23

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-32875-TAB  
**Case Name:** ELHAJJAMI, MOHAMMED  
**Taxpayer ID #:** **-***4915  
**Period Ending:** 05/06/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/14 | {8} | Ettleson Cadillac-Buick, Inc. | Settlement | 1249-000 | 22,000.00 | | 22,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 21,978.91 |
| 05/06/14 | 101 | Kevin Vodak | Per Order - Docket #47<br>Stopped on 11/03/14 | 3210-000 | | 5,000.00 | 16,978.91 |
| 05/06/14 | 102 | Kevin Vodak | Per Order -Docket #47<br>Stopped on 11/03/14 | 3220-000 | | 38.55 | 16,940.36 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 16,908.75 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.51 | 16,878.24 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.67 | 16,843.57 |
| 08/28/14 | {9} | GMC Rizza | Settlement | 1249-000 | 35,678.66 | | 52,522.23 |
| 08/28/14 | {9} | Rizza GMC | Settlement | 1249-000 | 127,025.00 | | 179,547.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.42 | 179,516.81 |
| 09/09/14 | 103 | US Department of Treasury | VOID<br>Voided on 09/15/14 | 2690-000 | | 25,000.00 | 154,516.81 |
| 09/09/14 | 104 | Illinois Department of Revenue | VOID<br>Voided on 09/15/14 | 2690-000 | | 5,994.00 | 148,522.81 |
| 09/09/14 | 105 | Kevin Vodak | VOID<br>Voided on 09/15/14 | 3210-000 | | 22,000.00 | 126,522.81 |
| 09/09/14 | 106 | Kevin Vodak | VOID<br>Voided on 09/15/14 | 3220-000 | | 75.00 | 126,447.81 |
| 09/15/14 | 103 | US Department of Treasury | VOID<br>Voided: check issued on 09/09/14 | 2690-000 | | -25,000.00 | 151,447.81 |
| 09/15/14 | 104 | Illinois Department of Revenue | VOID<br>Voided: check issued on 09/09/14 | 2690-000 | | -5,994.00 | 157,441.81 |
| 09/15/14 | 105 | Kevin Vodak | VOID<br>Voided: check issued on 09/09/14 | 3210-000 | | -22,000.00 | 179,441.81 |
| 09/15/14 | 106 | Kevin Vodak | VOID<br>Voided: check issued on 09/09/14 | 3220-000 | | -75.00 | 179,516.81 |
| 09/15/14 | 107 | US Department of Treasury | Tax payment | 2690-000 | | 19,024.00 | 160,492.81 |
| 09/15/14 | 108 | Illinois Department of Revenue | Tax payment | 2690-000 | | 4,911.00 | 155,581.81 |
| 09/30/14 | 109 | Kevin Vodak | Per Order | 3220-000 | | 25.00 | 155,556.81 |
| 09/30/14 | 110 | Kevin Vodak | Fees per order | 3210-000 | | 27,000.00 | 128,556.81 |
| 11/03/14 | 101 | Kevin Vodak | Per Order - Docket #47<br>Stopped: check issued on 05/06/14 | 3210-000 | | -5,000.00 | 133,556.81 |
| 11/03/14 | 102 | Kevin Vodak | Per Order -Docket #47<br>Stopped: check issued on 05/06/14 | 3220-000 | | -38.55 | 133,595.36 |
| 11/03/14 | 111 | Kevin Vodak | | 3220-000 | | 38.55 | 133,556.81 |
| 11/03/14 | 112 | Kevin Vodak | | 3210-000 | | 5,000.00 | 128,556.81 |

Subtotals : $184,703.66  $56,146.85

{} Asset reference(s)

Printed: 05/06/2015 11:29 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-32875-TAB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | ELHAJJAMI, MOHAMMED | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3066 - Checking Account |
| Taxpayer ID #: | **-***4915 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/14 | 113 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $27.84, Trustee Expenses; Reference: Voided: check issued on 12/17/14 | 2200-000 | | -27.84 | 128,584.65 |
| 12/16/14 | 128 | ELHAJJAMI, MOHAMMED | | 8200-002 | | 27.84 | 128,556.81 |
| 12/17/14 | 113 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $27.84, Trustee Expenses; Reference: Voided on 12/16/14 | 2200-000 | | 27.84 | 128,528.97 |
| 12/17/14 | 114 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $10,077.52, Trustee Compensation; Reference: | 2100-000 | | 10,077.52 | 118,451.45 |
| 12/17/14 | 115 | Popowcer Katten | Dividend paid 100.00% on $2,205.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,205.00 | 116,246.45 |
| 12/17/14 | 116 | David R. Brown | Dividend paid 100.00% on $5,326.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 5,326.50 | 110,919.95 |
| 12/17/14 | 117 | Discover Bank | Dividend paid 100.00% on $13.58; Claim# 1I; Filed: $13.58; Reference: 6011007820610326 | 7990-000 | | 13.58 | 110,906.37 |
| 12/17/14 | 118 | Discover Personal Loan | Dividend paid 100.00% on $100.86; Claim# 2I; Filed: $100.86; Reference: 808253708636 | 7990-000 | | 100.86 | 110,805.51 |
| 12/17/14 | 119 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $63.19; Claim# 3I; Filed: $63.19; Reference: 568113033441 | 7990-000 | | 63.19 | 110,742.32 |
| 12/17/14 | 120 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $35.01; Claim# 4I; Filed: $35.01; Reference: 5490-9992-7965-6481 | 7990-000 | | 35.01 | 110,707.31 |
| 12/17/14 | 121 | PYOD,LLC its successors & assigns as assignee of B-Line LLC | Dividend paid 100.00% on $106.86; Claim# 5I; Filed: $106.86; Reference: | 7990-000 | | 106.86 | 110,600.45 |
| 12/17/14 | 122 | ELHAJJAMI, MOHAMMED | Dividend paid 100.00% on $48,145.50; Claim# SURPLUS; Filed: $48,145.50; Reference: | 8200-002 | | 48,145.50 | 62,454.95 |
| 12/17/14 | 123 | Discover Bank | Dividend paid 100.00% on $2,654.54; Claim# 1; Filed: $2,654.54; Reference: 6011007820610326 | 7100-000 | | 2,654.54 | 59,800.41 |
| 12/17/14 | 124 | Discover Personal Loan | Dividend paid 100.00% on $19,715.69; Claim# 2; Filed: $19,715.69; Reference: 808253708636 | 7100-000 | | 19,715.69 | 40,084.72 |
| 12/17/14 | 125 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $12,351.69; Claim# 3; Filed: $12,351.69; Reference: 568113033441 | 7100-000 | | 12,351.69 | 27,733.03 |
| 12/17/14 | 126 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $6,844.21; Claim# 4; Filed: $6,844.21; Reference: 5490-9992-7965-6481 | 7100-000 | | 6,844.21 | 20,888.82 |

Subtotals :    $0.00    $107,667.99

{} Asset reference(s)

Printed: 05/06/2015 11:29 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-32875-TAB  
**Case Name:** ELHAJJAMI, MOHAMMED  
**Taxpayer ID #:** **-***4915  
**Period Ending:** 05/06/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/14 | 127 | PYOD,LLC its successors & assigns as assignee of B-Line LLC | Dividend paid 100.00% on $20,888.82; Claim# 5; Filed: $20,888.82; Reference: | 7100-000 | | 20,888.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 184,703.66 | 184,703.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 184,703.66 | 184,703.66 | |
| | | | Less: Payments to Debtors | | | 48,173.34 | |
| | | | **NET Receipts / Disbursements** | | **$184,703.66** | **$136,530.32** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3066** | 184,703.66 | 136,530.32 | 0.00 |
| | **$184,703.66** | **$136,530.32** | **$0.00** |

{} Asset reference(s)    Printed: 05/06/2015 11:29 PM    V.13.23